**FILED**

Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Savannah, Georgia
By cmurray at 3:28 pm, Feb 20, 2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

ZACHARY J SCHOFIELD
111 COTTONWOOD DRIVE
RINCON, GA 31326

Chapter 13
Case No.   14-42058-LWD

Debtor(s)

## ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

[ ] Denied and the case is dismissed.

[ ] Denied and the case is dismissed with prejudice against refiling for 180 days.

　　　[ ] Unless converted to a case under Chapter 7 within fifteen (15) days.

[X] Granted upon condition that:

　　　[ ] Debtor pay $_____ by _____.

　　　[ ] Debtor Pay $_____ per _____ until _____.

　　　[ ] Debtor attends next scheduled § 341 Meeting and no timely objection to confirmation is filed thereafter. If an objection is filed, confirmation will be reassigned for hearing.

　　　[ ] Debtor makes all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within ten (10) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

　　　[X] Debtor pay balance of filing fee by **April 14, 2015.**

[ ] Continued to _____ at _____ a.m. / p.m.

　　　[ ] Upon payment of $_____ by _____;

　　　[ ] With payments of $_____ per_____ in the interim;

　　　[ ] Debtor's counsel is ordered to file a modified plan by _____;

　　　[ ] Debtor's counsel is ordered to file objection(s) to claim(s) by _____;

Upon condition that Debtor(s) _____;

[X] Upon the failure of Debtor or Debtor's counsel to strictly comply with the terms of this Order the case may be dismissmed without further notice or hearing.

SO ORDERED:

_____
LAMAR W. DAVIS, JR., Judge
U.S. Bankruptcy Court
Southern District of Georgia

Dated   February 18, 2015

cc:   Debtor
　　　Debtor's Attorney
　　　Chapter 13 Trustee